# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 11, 2015

### NO. 03-14-00264-CV

**ColorSciences, LLC, Appellant**

**v.**

**Gordon Group Enterprises, LTD, Appellee**

**APPEAL FROM 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
AFFIRMED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment signed by the trial court on December 13, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.